1  JAMES PHILLIP VAUGHNS, State Bar #124040
   Law Offices of James Phillip Vaughns
2  6114 LaSalle Avenue, Ste 289
   Oakland, California  94611
3  Telephone: 510-583-9622
   Facsimile: 510-531-5294
4
   Attorney for Aaron de la ROSA
5

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, CALIFORNIA, | NO.: CR 05-0491 VRW |
| Plaintiff, | **PROPOSED ORDER MODIFYING CONDITIONS OF RELEASE** |
| vs. | |
| AARON de la ROSA, et al., | |
| Defendant. | |

With the concurrence of Laurel Beeler, AUSA, and Pretrial Services, defendant Aaron de la Rosa hereby submits this proposed Order modifying the terms of his release.

DATED: June 2, 2006

_____
JAMES PHILLIP VAUGHNS
Counsel for Aaron de la Rosa

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, CALIFORNIA, ) ) ) | NO.: CR 05-0491 VRW |
| Plaintiff, ) ) | |
| vs. ) ) | **ORDER** |
| ) ) | |
| AARON de la ROSA, et al., ) ) | |
| Defendant. ) | |

The Court hereby ORDERS that the conditions of release set for defendant AARON de la ROSA be modified to allow him to travel to Disneyland in Los Angeles, California with his family from June 23, 2006 through June 29, 2006. In all other respects, said conditions of release shall continue as previously ordered.

DATED: 7 June 06

BERNARD ZIMMERMAN
United States Magistrate Judge

- 2 -