1    KEVIN V. RYAN (CSBN 118321)
     United States Attorney

2

     MARK L. KROTOSKI (CASBN 138549)
3    Chief, Criminal Division

4    LAUREL BEELER (CSBN 187656)
     Assistant United States Attorney
5

     450 Golden Gate Avenue, Box 36055
6    San Francisco, California 94102
     Telephone: (415) 436-6765
7    Facsimile: (415) 436-7234
     Email: laurel.beeler@usdoj.gov
8
     Attorneys for Plaintiff
9

10                 UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13    UNITED STATES OF AMERICA,     )    No. CR 05 00491 VRW
                                          )
14        Plaintiff,                 )
                                          )    NOTICE OF DISMISSAL
15        v.                        )
                                          )
16    AARON DE LA ROSA,           )
                                          )    (San Francisco Venue)
17        Defendant.              )
     _____ )

18

19           With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

20    United States Attorney for the Northern District of California dismisses the above indictment as

21    to defendant AARON DE LA ROSA without prejudice.

22    DATED: *November 20, 2006*                Respectfully submitted,

23                                         KEVIN V. RYAN
                                        United States Attorney
24

25                                         MARK L. KROTOSKI
                                        Chief, Criminal Division
26

     Leave is granted to the United States to dismiss the indictment.
27

     IT IS SO ORDERED.
28

     Date: _____

                                         VAUGHN R. WALKER
                                         United States District Judge