KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

LAUREL BEELER (CSBN 187656)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6765
Facsimile: (415) 436-7234
Email: laurel.beeler@usdoj.gov

Attorneys for Plaintiff

**FILED**

NOV 2 7 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. AARON DE LA ROSA, Defendant. | No. CR 05 00491 VRW  NOTICE OF DISMISSAL  (San Francisco Venue) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment as to defendant AARON DE LA ROSA without prejudice.

DATED: November 20, 2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

MARK L. KROTOSKI
Chief, Criminal Division

Leave is granted to the United States to dismiss the indictment.

IT IS SO ORDERED.

Date: 11/27/06

VAUGHN R. WALKER
United States District Judge