1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney

2
   MARK L. KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4  LAUREL BEELER (CSBN 187656)                    **FILED**
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102                 NOV 2 7 2006
   Telephone: (415) 436-6765
7  Facsimile: (415) 436-7234                       RICHARD W. WIEKING
   Email: laurel.beeler@usdoj.gov                  CLERK, U.S. DISTRICT COURT
8                                                  NORTHERN DISTRICT OF CALIFORNIA
   Attorneys for Plaintiff
9

10                   UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,          )    No. CR 05 00491 VRW
                                       )
14        Plaintiff,                   )
                                       )    NOTICE OF DISMISSAL
15  v.                                 )
                                       )
16  AARON DE LA ROSA,                  )
                                       )    (San Francisco Venue)
17        Defendant.                   )
                                       )
18

19        With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

20  United States Attorney for the Northern District of California dismisses the above indictment as

21  to defendant AARON DE LA ROSA without prejudice.

22  DATED: November 20, 2006                Respectfully submitted,

23                                          KEVIN V. RYAN
                                            United States Attorney
24

25                                          MARK L. KROTOSKI
                                            Chief, Criminal Division
26
    Leave is granted to the United States to dismiss the indictment.
27
    IT IS SO ORDERED.
28
    Date: 11/27/06
                                            VAUGHN R. WALKER
                                            United States District Judge