JAMES PHILLIP VAUGHNS, State Bar #124040
Law Offices of James Phillip Vaughns
6114 LaSalle Avenue, Ste 289
Oakland, California   94611
Telephone:  510-583-9622
Facsimile: 510-531-5294

Attorney for Aaron de la ROSA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, CALIFORNIA, | NO.: CR 05-00491 VRW |
| Plaintiff, | ~~PROPOSED~~ ORDER EXONERATING BOND |
| vs. | |
| AARON de la ROSA, et al., | |
| Defendant. | |

To: RICHARD W. WIEKING, Clerk of the Court,

It is hereby ORDERED that bail in the above-entitled case is exonerated. The Indictment in this matter against Defendant was dismissed on November 27, 2006 The Clerk of the United States District Court for the Northern District of California shall execute all necessary documents to release the encumbrance placed on the real property at 131 Delano Avenue, San Francisco, California in connection with its posting as security for Defendant's bond in this matter and all sureties are hereby relieved of their obligations.

DATED: January 8, 2007

_____
Hon. VAUGHN R WALKER
U.S. District Judge

[Stamp: IT IS SO ORDERED / Judge Vaughn R Walker / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]